MID–CENTURY INSURANCE COMPANY, A CALIFORNIA CORPORATION, PETITIONER, *v.* THE HONORABLE JOSEPH S. PAVLIKOWSKI, JUDGE OF THE EIGHTH JUDICIAL DISTRICT COURT FOR THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK, VINCENT J. CHERUBINI AND ANNA J. CHERUBINI, RESPONDENTS.

No. 10189

April 6, 1978                                    576 P.2d 748

*Thorndal and Liles, Ltd.,* and *Robert W. Austin,* Las Vegas, for Petitioner.

*James L. Buchanan, II,* Las Vegas, for Respondents.

[3]The Chief Justice designated HON. DAVID ZENOFF, Chief Justice (Retired), to sit in this case. Nev. Const., art. 6, § 19; SCR 244.

## OPINION

*Per Curiam:*

In this original proceeding petitioner attempts to compel the district court to annul its order granting partial summary judgment for Cherubini and wife against petitioner Mid-Century Insurance Company's fixing the Company's liability for fire loss incurred by the insureds Cherubinis. The issue of damages has not been tried. NRCP 56(c). The judgment, therefore, is not a final judgment, *cf.* Dzack v. Marshall, 80 Nev. 345, 393 P.2d 610 (1964), and may not be reviewed by this Court except by permissive appeal. NRCP 54(b); NRAP 3A(b).

Proceedings dismissed.